USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-17-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                              Plaintiff,

      -against-                                                                22-CR-594 (ALC)

ROY ESCOBAR et al,                                                    **ORDER**

                              Defendant.

------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

A Status Conference is scheduled for **November 17, 2022** at **3:00 p.m.**

SO ORDERED.

Dated:     New York, New York
            November 16, 2022

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**