**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 28, 2023

**BY ECF**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
New York, New York 10007

Re: **United States v. Roy Escobar**
     **22 Cr. 594 (ALC)**

Dear Judge Carter:

    I am the attorney for Roy Escobar, the defendant in the above-captioned case, and write to request a ninety-day adjournment of the upcoming conference, which is currently scheduled for April 3, 2023. The defense is still awaiting the remainder of the discovery in the instant case and requires additional time to review the discovery. I have conferred with defense counsels for the codefendants as well as the Government and I understand that they have no objection to the requested adjournment. The defense consents to the exclusion of time. Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (917) 890-7612

cc: AUSA Andrew Jones (by ECF)
    AUSA Jonathan Bodansky
    Jill Shellow, Esq.
    Brian Kaplan, Esq.

The application is **GRANTED**. The status conference is adjourned to 7/6/23 at 12:00 p.m. Time excluded from 4/3/23 to 7/6/23 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter* 3/30/23