# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue  /  White Plains, NY  10601

July 5, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/5/23

**BY EMAIL AND ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
ALCarterNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Pablo Escobar, 22-cr-594 (ALC)*

Dear Judge Carter:

    I represent Pablo Escobar.  I am writing on behalf of all defendants, with the Government's consent, to request a 60-day adjournment of tomorrow's conference.  Last week we received new discovery from the Government on an Attorneys' Eyes Only basis.  We need time to review this new material and determine what motions, if any, may be required.

    I spoke this morning with your Courtroom Deputy who advised me that Your Honor's calendar can accommodate a conference on Thursday, September 14, 2023 at noon.  Accordingly, I respectfully request that tomorrow's conference be adjourned until that date and time.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   All counsel (by email and ECF)

The entire application is **GRANTED**.  The status conference is adjourned to 9/14/23 at 12:00 p.m.  Time excluded from 7/6/23 to 9/14/23 to allow the defense more time to review the discovery.
So Ordered.

7/5/23                                                                  , CT, DC