```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT ELECTRONICALLY
                                                FILED
------------------------------------------x     DOC#: _____24-_____
UNITED STATES OF AMERICA,                  :    DATE FILED: 7-__-23
                                           :
                       Plaintiff,          :
                                           :    22 CR 594 (ALC)
           -against-                       :
                                           :    ORDER
ROY ESCOBAR,                               :
                                           :
                       Defendant.          :
                                           :
------------------------------------------x
```

**ANDREW L. CARTER, JR., District Judge:**

The Change of Plea Hearing scheduled for July 25, 2023 at 2:00 p.m. is CANCELED.

**SO ORDERED.**

**Dated:**   New York, New York
            **July 24, 2023**

_____
ANDREW L. CARTER, JR.
United States District Judge