USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-13-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                            **Plaintiff,**

    -against-

**ROY ESCOBAR,**

                            **Defendant.**

------------------------------------------------------------- x

22 CR 594 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

A Change of Plea Hearing is set for **July 25, 2023** at **2:00 p.m.**

**SO ORDERED.**

**Dated:**      New York, New York
               July 13, 2023

                                                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**