```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-19-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                              Plaintiff,

    -against-                            22 CR 594 (ALC)

ROY ESCOBAR,                              **ORDER**

                              Defendant.

------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

The Change of Plea Hearing scheduled for **September 21, 2023** at **12:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            September 19, 2023

                                              _/s/ Andrew L. Carter, Jr._
                                              ANDREW L. CARTER, JR.
                                              **United States District Judge**