```
UNITED STATES DISTRICT COURT                   USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                  DOCUMENT
                                               ELECTRONICALLY FILED
                                               DOC#: _____
------------------------------------------- x  DATE FILED: 9/20/23
UNITED STATES OF AMERICA,               :
                                        :
                     Plaintiff,         :
                                        :       22-CR-594 (ALC)
       -against-                        :
                                        :       ORDER
ROY ESCOBAR,                            :
                                        :
                     Defendant.         :
                                        :
                                        :
------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

The Change of Plea Hearing is adjourned to **November 15, 2023,** at 4**:00 p.m.**

**SO ORDERED.**

**Dated:**   **New York, New York**
            **September 20, 2023**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**