```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-17-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                             Plaintiff,

      -against-                            23-CR-594 (ALC)

ROY ESCOBAR,                              **ORDER**

                             Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

      The Sentencing set for February 27, 2024 is adjourned to **February 29, 2024** at **2:00 p.m.**

SO ORDERED.
Dated:      New York, New York
              November 17, 2023

                                              ANDREW L. CARTER, JR.
                                              United States District Judge